**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR00433-005 |
| | ) | |
|     Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HUGH GRAVES, | ) | |
| | ) | |
|     Defendant. | ) | |

    This matter was heard on April 8, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Michael J. Cheselka, Jr.

    The violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on March 16, 2016 [Doc. 222]. No objections having been filed the Court adopts the Magistrate Judge's Report and Recommendation and found that the following term of supervision had been violated:

        1) new law violation.

    The Court considered the statements of counsel and the U.S. Probation Officer concerning the status of the defendant's physical condition and challenges resulting from a serious car accident sustained in April, 2015. Upon consideration, the Court ordered that the defendant's supervised release be continued as originally imposed with the following additional conditions: 1) the defendant shall undergo a mental health evaluation and/or participate in a

mental health treatment program as directed by the supervising officer; and 2) the defendant shall participate in the Location Monitoring Program for a period of 12 months, to commence no later than 30 calendar days.  The defendant may leave his residence to receive medical treatment and to attend religious services but shall otherwise be required to remain in his residence unless given permission in advance by the probation officer to be elsewhere.

**IT IS SO ORDERED.**


Dated: April 10, 2016         *s/    James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE